UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE JACKSON,<br><br>        Plaintiff,<br><br>  v.<br><br>BAY AREA RAPID TRANSIT; et al.,<br><br>        Defendants.<br>                                              / | No. C 11-3355 SI (pr)<br><br>**ORDER EXTENDING DEADLINE FOR AMENDED COMPLAINT AND PAUPER APPLICATION** |

Clarence Jackson filed a *pro se* civil action under 42 U.S.C. § 1983. The court cannot understand Jackson's claims because the complaint is devoid of any information about Jackson's factual allegations, claims or requested relief. The handwritten pleading simply states the names of the defendants and refers to attached sheets for the statement of the claim. There are no attachments to the complaint.

Jackson has filed a motion requesting an extension of time to file both an amended complaint and his *in forma pauperis* application because he was recently released from Santa Rita Jail. Upon due consideration, the court GRANTS Jackson's motion. (Docket # 5.)

Jackson must file his amended complaint and *in forma pauperis* application no later than **November 11, 2011**. Failure to file the amended complaint and *in forma pauperis* application by the deadline will result in dismissal of this action. No further extension of this deadline will be granted.

IT IS SO ORDERED.

DATED: October 24, 2011

                                                    SUSAN ILLSTON<br>
                                     United States District Judge