**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLARENCE JACKSON,

    Plaintiff,

  v.

BAY AREA RAPID TRANSIT; et al.,

    Defendants.
                                  /

No. C 11-3355 SI (pr)

**JUDGMENT**

    This action is dismissed because Jackson failed to state a claim upon which relief may be granted and is dismissed for the separate and additional reason that he failed to file a completed *in forma pauperis* application.

    IT IS SO ORDERED AND ADJUDGED.

DATED: December 5, 2011

                                        SUSAN ILLSTON
                                        United States District Judge