UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLARENCE JACKSON,　　　　　　　　　　　No. C 11-3355 SI (pr)

　　　　　Plaintiff,　　　　　　　　　　　　**JUDGMENT**

　　v.

BAY AREA RAPID TRANSIT; et al.,

　　　　　Defendants.
　　　　　　　　　　　　　　　　　　　　 /

　　This action is dismissed because Jackson failed to state a claim upon which relief may be granted and is dismissed for the separate and additional reason that he failed to file a completed *in forma pauperis* application.

　　IT IS SO ORDERED AND ADJUDGED.

DATED: December 5, 2011

　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge